12-15-00009-CR

| | | |
|---|---|---|
| JOE PITTMAN | § | IN THE COURT OF APPEALS |
| vs. | § | 12th JUDICIAL DISTRICT |
| STATE OF TEXAS | § | TYLER, TEXAS |

FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 28 2015

TYLER TEXAS
PAM ESTES, CLERK

## APPELLANT'S MOTION TO OBTAIN RECORD

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes James Huggler, Counsel for the Appellant, in the above styled and numbered causes, and would show the Court as follows:

### I. Factual and Procedural Background

Joe Pittman was appointed counsel for purposes of this appeal. Appellate counsel has reviewed the record and filed a Brief in compliance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Counsel has also filed a Motion to Withdraw.

### II. Grounds

In order to file a pro se brief in this case, it is necessary to review the record. Counsel has explained the rights the ability to pursue his own appeal. Appellant desires to submit his own appeal. However, having been appointed appellate counsel, the trial court has found Joe pittman indigent. The Court of Criminal Appeals has stated that appellate counsel has a duty is an Anders brief is filed, to file a motion to withdraw as well as a motion to allow the appellant access to the record in the case. Kelly v. State, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014).

### III. Prayer for Relief

Appellant requests that he be provided a copy of the appellate record in this case, or that this Court remand the matter to the trial court to allow Mr. Pittman a copy of the record, and for other such relief as the Court may deem appropriate.

Respectfully submitted,

Joe Pittman
TDCJ #01977406
Bartlett Unit
1018 Arnold Drive
Bartlett, Texas 76511

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion has been delivered to Michael West, Counsel for the State, at the addresses listed below on this the 23 day of September , 2015 by hand delivery or regular mail or the State of Texas electronic filing system.

Joe Pittman

Michael West
Smith County District Attorney's Office
100 North Broadway, 4th Floor
Tyler, Texas 75702